MAX ROSENN
SENIOR CIRCUIT JUDGE

August 27, 2004

MAX ROSENN UNITED STATES COURTHOUSE
197 SOUTH MAIN STREET, ROOM 235
WILKES BARRE, PENNSYLVANIA 18701

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, D.C. 20544

RE:    Calendar Year 2003 Filing

Dear Judge Lisi:

I regret the errors and the incompleteness of my 2003 report.  In response to your
letter of August 2, I amend my 2003 report as follows:

In Block 5, the report type is "Annual."

In Part VII, page 2, line 2, under "Prudential Sec , now Wachovia Sec" Column B
income amount is "A", type is "int.", Column C value is "Code J" and Value Method is
"T."

I note your comment as to my incorrect completion of Column C when an asset is
completely disposed of during the reporting period.  I am aware of the filing instruction,
and I shall endeavor to comply with them in the future.

In Part VII, page 6, line 7, column D(4) should be "A."

In Part II, page 6, line 15, column D(3) is "K."  Column C(1) is also "K."

In Part VII, page 6 line 1 "Agere," Column D(1) is "spin-off from Lucent", D(2)
"6/29/02", D(3) "J."

On line 12, "Advanced Med. Optics Co." D(1) is "spin-off," D(2) is "7/1/02,", and
D(3) is "J."  Column D(1) "Bought," D(2) is "9/30," D(3) is "J."

On page 6, line 3, "PNC Bank, Wilkes Barre, CD," column D(1) is "Bought," D(2)

is "8/26," and D(3) is "L."

On page 6, line 14, "M&T Bank, Wilkes Barre," "Special Checking Acct.," column D(1) is "deposit," D(2) is 11/17," and D(3) is "L."

If you require any additional information, please let me know.

Sincerely,



MAX ROSENN

MR:vkt

Enclosures: 3 copies

**MAX ROSENN**
SENIOR CIRCUIT JUDGE

May 17, 2004

MAX ROSENN UNITED STATES COURTHOUSE
197 SOUTH MAIN STREET, ROOM 235
WILKES BARRE, PENNSYLVANIA 18701



Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Committee:

In my recent filing of the Financial Disclosure Report for the calendar year 2003, I reported on Annex Sheet #3, item #13, "none" as for income on capital stock Nokia. It turns out that there was a small sum of income that was reinvested in the stock. Therefore, item #13 should be amended to show that the income in Column B(1) was (A) and in Column B(2), insert "Div." I apologize for the oversight.

Sincerely,



MAX ROSENN

MR:vkt

RECEIVED
2004 MAY 21 A 11: 03
FINANCIAL
DISCLOSURE OFFICE

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosenn, Max | U.S. Court of appeals, 3 Cir | May 14, 2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge Senior Status | ___ Nomination, Date _____ <br> ___ Initial ___ Annual ___ Final | 1/1/2003 to 12/31/03 |

| 7. Chambers of Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Max Rosenn, U.S. Courthouse 197 S. main st. Wilkes-Barre, Pa 18701 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 Mutual of New York, monthly payment, retirement | | $1160 |
| 3 | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Rosenn, Max | May 14, 2004 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

| Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | (1) (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 American Tel-Tel, Com | A | div. | J | T | | | | | |
| 2 BP Plc, Com | C | div | L | T | | | | | |
| 3 Verizon, Inc, Com | D | div | M | T | | | | | |
| 4 Bell South, Com | C | div | L | T | | | | | |
| 5 General Electric,Com | E | div | O | T | | | | | |
| 6 Pfizer, Com | E | div | J | T | | | | | |
| 7 Bristol, myers, Squibb, Co | D | div | M | T | | | | | |
| 8 Glavo, Smith, Kline, Com | D | div | N | T | | | | | |
| 9 Viacom B, Com | H | div | N | T | | | | | |
| 10 IBM, Com | B | div | M | T | | | | | |
| 11 Wellington, mot vq/Zqy | C | div | M | T | | | | | |
| 12 PNC, Com | E | div | O | T | | | | | |
| 13 Wechovia, Con | E | div | P1 | T | | | | | |
| 14 Abbott Laboratories, Com | D | div | M | T | | | | | |
| 15 Wachovia checking Ret | A | int. | K | T | | | | | |
| 16 PNC Checking acct | A | int | M | T | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

See annexed sheet no. 2

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*Item 8, Annual Sheet No 2, gift inadvertently were omitted in 1997 Report, Sorry.*

*Item 2, annual sheet 7 & 8, are now reported on an individual basis. They had been grouped in previous reports or reported by Prudential securities. The individual stocks are listed with the required information.*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature [redacted]

Date May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rosann, Max | May 14, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income) | | | | | | | | | |
| 1 M&T Bank, m/m acc't | A | int | K | T | | | | | |
| 2 Prudential Sec. Wachdia Sec, T.E. | D | See part XIII infra | | | | | | | |
| 3 Suburban Oil Services, | | none | N | V | | | | | |
| 4 Ford Motor, Com | B | div | K | T | | | | | |
| 5 M & T Bank, Com | B | div | L | T | | | | | |
| 6 Allergen, Com | B | div | M | T | | | | | |
| 7 Schering Plough Com. PepsiCo, Com | B | div | L M | T | | | | | |
| 8 Westmoreland County Bnd | | None | | T | gifted to ████ | 02/96 | K | | ████████ |
| 9 State of Israel, 4th bnd 5m | A | int. | | T | | | | | |
| 10 State of Israel Bnd US Savings Bond Series | A | int None | J K | T | Partial gift | 12/x | J | | |
| 11 Royal Bank Scotland Pfd | D | div | | T | Fully Redeemed | 1/x | L | | reported in 2001 as value "K" should have been value L |
| 12 NEPa Hosp. Bond (Wilkes) | B | int | K | T | | | | | |
| 13 Merck, Com | D | " | M | T | | | | | |
| 14 Fidelity Equi. M II Mut. Fund | B | div | M | T | | | | | |
| 15 " Asset Growth Fund | A | div | K | T | | | | | |
| 16 Vanguard Windsor II " | C | div | M | T | | | | | |
| 17 Wilkes-Barre Schl. Dist. Bond | B | int | K | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | | |

See annexed sheet no. 3

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, MAx | May 14, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – Income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 1st Liberty Bank, Com, Now Community Bank | B | div | J | T | | | | | |
| 2 N.y. Times, Com | B | div | L | T | | | | | |
| 3 Suburban Comm. Bank, Com | | none | -- | T | Fully Redeemed | 10/14 | K | D | |
| 4 Fleet Bank, C.D | C | int | M | T | | | | | |
| 5 Fannie Mae, Com | B | div | L | T | | | | | |
| 6 Lucent Technologies Com | | None | J | T | Bought 1/24/03 J Partial sale 10/11 J | | | | |
| 7 Citicorp Group, Com | B | div | L | T | | | | | |
| 8 Marathon Corp, Com | B | div | K | T | | | | | |
| 9 Bank of America, Com | B | div | K | T | | | | | |
| 10 Visteon, Com | A | div | J | T | | | | | |
| 11 Fleet of Boston, C.D | -- | note | K | T | This is an inaccurate report, same #4 | | | | |
| 12 Guard Sec Bank, WB (CD) | C | int | M | T | | | | | |
| 13 Netric, Com | | none | J | T | | | | | |
| 14 GMAC Smart Notes | C | int | K | T | | | | | |
| 15 Met Life annuity | None | none | L | T | | | | | |
| 16 FNMA Remic Series 2003 | D | int | L | T | | | | | |
| 17 FNLMC " " 2479/8 | B | int | | T | Redeemed | 9/15 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenn, May | may 14, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income.) | | | | | | | | | |
| 1 Fleet Boston, Com Tr.Pfd | B | div | K | T | | | | | |
| 2 Preferred PlusTrust, Chase | B | div | K | T | | | | | |
| 3 Zimmer Holdings | | None | L | T | | | | | |
| 4 Bank of America, Notes | B | int | L | T | | | | | |
| 5 Fed. H.L. Bank Bonds | A | int. | | T | Redeemed | 5/11 | K | | |
| 6 Orange Nat'l Bank C.D | | None | L | T | | | | | |
| 7 Boeing Capital Corp Notes | B | int | K | T | | | | | |
| 8 " " " " | B | int | K | T | | | | | |
| 9 Cit Group Sr. Nt. | B | int | K | T | | | | | |
| 10 Advanced Med. Optics, Com | | None | K | T | | | | | |
| 11 1st Heritage Bank, U.B.(CD) | C | int | L | T | | | | | |
| 12 1st Nat'l Bank, Berwick (CD) | C | int | L | T | | | | | |
| 13 Travelers Prp. Casualty, Com | A | div. | | T | Charitable Gift | 12/23 | J | | |
| 14 Household Finance Notes | C | int | K | T | | | | | |
| 15 State of Israel Bond | A | int. | J | T | | | | | |
| 16 Ford Motor Credit Notes | D | int | M | T | | | | | |
| 17 Motorola, inc, Notes | B | int | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Annexed Sheet No 5

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenn, M.D.D. | May 14, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 PMAC Smart notes | C | inti | L | T | | | | | |
| 2 Household finance Notes | C | " | L | T | | | | | |
| 3 Fed. H L. mtge Corp. 602 | B | " | K | T | | | | | |
| 4 Morgan Stanley Cap. Trust | B | " | K | T | | | | | |
| 5 Sonamerica Cap Trust | B | " | K | T | | | | | |
| 6 M+T W-Bk C.D | C | " | | T | Redeemed 5/27 M | | | | |
| 7 Travelers Prop Cas Corp Com | A | div | | T | gifted to Cheney 12/23 J | | | | |
| 8 Comcast Com | | none | K | T | | | | | |
| 9 Bac Capital Trust II Pfd | B | int | K | T | | | | | |
| 10 FNLMC Rem Series 2428 | A | if | | T | Redeemed 5/15 J | | | | |
| 11 1st Liberty Bank WBR C.D # Now Community Bk | D | int | M | T | | | | | |
| 12 Pa Higher Ed F.R Bond | A | e | K | T | | | | | |
| 13 AT-T Wireless Com | | non | J | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

annexed sheet no. 8

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenn, Max | May 14, 2003 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes these of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Co el (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1. Argive Systems, A | | None | | T | Sold | 12/7 | J | | |
| 2. Sears Roebuck Asst. Notes | B | int | K | T | Bought | 1/7 | K | | |
| 3. Fed. Nel. Mtge. Corp Meli-notes | A | int | K | T | " | 1/16 | K | | |
| 4. CS 1st Boston Mtg. sec. | A | int | | T | Recalled | 7/25 12/4 | K | | |
| 5. GNMA Remic 2003 | B | int | K | T | Bought | 6/11 | K | | |
| 6. Govt Nat'l Mtge Assoc Remic '03 | B | int | L | T | " | 6/26 | L | | |
| 7. Fed. NL Mtge Corp Bonds | B | int | L | T | Bought Sold | 2/6 7/28 | L | J | |
| 8. Black Rock Ltd Trust | B | DVA | K | T | Bought | 7/28 | K | | |
| 9. Gen Elec Cap Corp notes | | int | K | T | " | 6/32 | K | | |
| 10. United Parcel sve Note | | int | K | T | " | 7/23 | K | | |
| 11. Med Co Health Solutions, Co | | None | | T | Spin-off Check pmt | 6/26 9/28 | J | | |
| 12. Advanced Med. Optics, Corp | | None | K | T | | | | | |
| 13. PNC Bank, WB, CD | A | int | L | T | | | | | |
| 14. M&T Bank, WB, Spec Cking | A | int | L | T | | | | | |
| 15. Fed. NLMC, Remic, Series 2003 | | None | L | T | Bought | 12/22 | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

